**AMERICAN MUTUAL LIABILITY IN-SURANCE COMPANY et al.**

No. 52466.

May 23, 1972.

On the facts found by the Court of Appeal, we find no error of law in its judgment.

TATE, J., believes that a writ should be granted.

DIXON, J., is of the opinion that the judgment of the Court of Appeal appears to be in error, even on the facts found, and the writ should be granted.

262 So.2d 40

**Morley A. HUDSON**

v.

**MARYLAND CASUALTY COMPANY.**

No. 52454.

May 23, 1972.

On the facts found by the Court of Appeal, we find no error of law in its judgment.

DIXON, J., recused, having performed judicial act in case in another court.